■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN SMITH, Appellant. [697 NYS2d 254] —Judgment, Supreme Court, New York County (Michael Obus, J.), rendered September 16, 1998, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 6 years, unanimously affirmed.

The challenged portions of the People's summation were fair response to the summations of defendant and his codefendant (see, *People v Overlee,* 236 AD2d 133, *lv denied* 91 NY2d 976), and could not in any event have deprived defendant of a fair trial (see, *People v D'Alessandro,* 184 AD2d 114, *lv denied* 81 NY2d 884), particularly in view of the court's instructions to the jury. Concur—Sullivan, J. P., Nardelli, Williams, Mazzarelli and Andrias, JJ.